14-244-CR

Mr. Hottle,                                          12/17/14

I am writing to inquire as to the location of page 2 of Motion to Quash Indictment found in the Clerk's Record on pages 24-27 yet page 2 is not filed. Where is it? It must have been removed for a reason. This is something I need to reference in my Brief or at the very least have ALL the correct information for myself. I ask you humbly to inquire as to the location of this item. If it cannot be found I will pursue a course of action to obtain it from some other venue. Thank You.

Respectfully,
Isaiah Mata

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TE X.
2014 DEC 29 PM 2:30
Keith E. Hottle
KEITH E. HOTTLE, CLERK

Isaiah Mata # 891066
BCADC
206 N Comal
San Antonio Tx
78207

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2014 DEC 29 PM 2:30

Keith E. Hottle
KEITH E. HOTTLE, CLERK

KEITH Hottle: Fourth Court of Appeals District
Cadena - Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio Texas 78205

neopost
12/26/2014
US POSTAGE $000.48
FIRST-CLASS MAIL
ZIP 78205
041M12250025